IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
August 08, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| SCOTT PLACE PHARMACY, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:17-cv-1598 |
| | § | |
| OPTUMRX, LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER ON AGREED MOTION TO COMPEL ARBITRATION

The Court, having considered Defendant OptumRx, Inc.'s ("OptumRx") Agreed Motion to Compel Arbitration (the "Motion"), is of the opinion and finds that the Motion should be and is hereby **GRANTED**. It is therefore

**ORDERED** that, with respect to claims arising under or related to the Pharmacy Network Agreement ("Agreement") between OptumRx and Vpharm Clinical Consulting Services PLLC d/b/a Texas Care Pharmacy ("TCP"), and pursuant to 9 U.S.C. § 4, Plaintiff Scott Place Pharmacy, LLC must proceed, if at all, in accordance with the dispute resolution provisions of the Agreement, which includes mandatory arbitration. It is further

**ORDERED** that, pursuant to 9 U.S.C. § 3, because all of the claims raised by Plaintiff herein are subject to the dispute resolution provisions of the Agreement, including mandatory binding arbitration, this action is **DISMISSED**, with costs incurred herein taxed against the party incurring same.

**SO ORDERED.**

Signed this 8 day of Aug 2017.

_____
Gray H. Miller
United States District Judge